McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCILA PENA,<br><br>          Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:19-cv-00780-AWI-SKO<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME<br><br>(Doc. 14) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from January 27, 2020 to February 10, 2020. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because Defendant's counsel missed work recently due to illness, which has impacted his ability to timely file the response.

The parties further stipulate that the Court's Scheduling Order shall be modified as follows:

- Defendant shall file his response to Plaintiff's Opening Brief on or before February 10, 2020;
- Plaintiff may file and serve her optional reply within 15 days of the Commissioner's response (on or before February 25, 2020).

Respectfully submitted,

Dated: January 27, 2020  /s/ Barbara Marie Rizzo*
(*as authorized via e-mail on 1/24/20)
BARBARA MARIE RIZZO
Attorney for Plaintiff

Dated: January 27, 2020  McGREGROR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to the parties' above stipulation (Doc. 14), IT IS HEREBY ORDERED that Defendant shall have until February 10, 2020, to file his response to Plaintiff's Opening Brief. All other dates in the Scheduling Order (Doc. 3) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **January 28, 2020**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE