# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILA PENA, | Case No. 1:19-cv-00780-AWI-SKO |
| Plaintiff, | **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY APPEAL** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security | |
| Defendant. | **(Doc. No. 18)** |

On June 3, 2019, Plaintiff filed a complaint under 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Commissioner of Social Security denying her application for benefits. (Doc. No. 1.) The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 302.

On July 9, 2020, the Magistrate Judge issued a Findings and Recommendation ("F&R"). (Doc. No. 18.) The F&R recommended that the administrative law judge's decision be reversed and remanded to the Commissioner for further proceedings consistent with the F&R. (*Id.* at 26.) The F&R was served on all parties, and contained notice that any objections to the F&R were to be

filed within fourteen (14) days of the date of service. The period for filing objections has now passed, and no objections have been filed.

This Court has conducted the appropriate review in accordance with the provisions of 28 U.S.C. § 636(b). Having carefully reviewed the entire file, the Court finds that the F&R is supported by the record and proper analysis.

ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The F&R dated July 9, 2020 (Doc. No. 18), is ADOPTED IN FULL;
2. This case is REMANDED for further proceedings consistent with this order and with the analysis of the July 9, 2020, F&R (Doc. No. 18); and
3. The Clerk shall ENTER JUDGMENT in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:   October 5, 2020                          /s/ [signature]
                                         SENIOR DISTRICT JUDGE