UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILA PENA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 1:19-cv-00780-AWI-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT IN PART PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. No. 27) |

On November 11, 2020, Plaintiff Lucila Pena ("Plaintiff") filed a motion for an award of attorney's fees, costs, and expenses pursuant to the Equal Access to Justice Act ("EAJA") in the amount of $11,206.65 in attorney's fees and $461.45 in costs and expenses. (Doc. No. 21.) The Commissioner of Social Security ("Commissioner") filed his opposition on December 11, 2020. (Doc. No. 25.) Plaintiff filed a reply brief on December 21, 2020, requesting an additional $2,315.82 in attorney's fees and $82.50 in expenses. (Doc. No. 26.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 27, 2021, the assigned magistrate judge issued findings and a recommendation that Plaintiff's motion be granted in part, in the reduced amount of $10,620.85 in attorney's fees and $523.25 in costs and expenses. (Doc. No. 27.) The findings and recommendation provided that any party could file objections thereto within twenty-one (21) days. (*Id.* at 10.) No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendation are supported by the record and proper analysis.

ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation dated January 27, 2021 (Doc. No. 27) are ADOPTED IN FULL;
2. Plaintiff's motion for EAJA fees, costs, and expenses (Doc. No. 21) is GRANTED IN PART in the reduced amounts of $10,620.85 in attorney's fees and $523.25 in costs and expenses;
3. Any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel, unless Plaintiff does not owe a federal debt; and
4. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

IT IS SO ORDERED.

Dated: February 23, 2021

SENIOR DISTRICT JUDGE